## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

GEICO CORPORATION
GOVERNMENT EMPLOYEES INSURANCE
COMPANY
GEICO GENERAL INSURANCE COMPANY
GEICO INDEMNITY COMPANY
GEICO CASUALTY COMPANY
GEICO ADVANTAGE INSURANCE COMPANY
GEICO CHOICE INSURANCE COMPANY
GEICO SECURE INSURANCE COMPANY
GEICO COUNTY MUTUAL INSURANCE
COMPANY

Case No. 17-10893

*Plaintiffs,*

v.

Judge: Hon. Marianne Battani

Magistrate Judge: Hon. Mona
Majzoub
_____

AISIN SEIKI CO., LTD.
AISIN AUTOMOTIVE CASTING, LLC
ASMO CO., LTD.
ASMO NORTH AMERICA, LLC
ASMO GREENVILLE OF NORTH CAROLINA,
INC.
ASMO MANUFACTURING, INC.
DENSO CORPORATION
DENSO INTERNATIONAL AMERICA, INC.
DENSO INTERNATIONAL KOREA
CORPORATION
DENSO KOREA AUTOMOTIVE CORPORATION
DENSO AUTOMOTIVE DEUTSCHLAND GMBH
DTR INDUSTRIES, INC.
FURUKAWA ELECTRIC CO., LTD.
AMERICAN FURUKAWA, INC.
G.S. ELECTECH, INC.
G.S. WIRING SYSTEMS INC.
G.S.W. MANUFACTURING, INC.
LEONI WIRING SYSTEMS, INC.
LEONISCHE HOLDING INC.

**STIPULATION AND ORDER**

MITSUBISHI ELECTRIC CORPORATION
MITSUBISHI ELECTRIC AUTOMOTIVE
AMERICA, INC.
MITSUBISHI ELECTRIC U.S. HOLDINGS, INC.
NSK AMERICAS, INC.
NSK LTD.
NSK STEERING SYSTEMS CO., LTD.
NSK STEERING SYSTEMS AMERICA, INC.
OMRON AUTOMOTIVE ELECTRONICS CO.,
LTD.
SCHAEFFLER GROUP USA INC.
SUMITOMO RIKO CO. LTD.
TOKAI RIKA CO., LTD.
TRAM INC. D/B/A TOKAI RIKA U.S.A. INC.
VALEO CLIMATE CONTROL CORP.
VALEO ELECTRICAL SYSTEMS, INC.
VALEO INC.
VALEO JAPAN CO., LTD.
                    *Defendants.*

Plaintiffs GEICO Corporation, Government Employees Insurance Co., GEICO General Insurance Co., GEICO Indemnity Co., GEICO Casualty Co., GEICO Advantage Insurance Co., GEICO Choice Insurance Co., GEICO Secure Insurance Co., GEICO County Mutual Insurance Co. ("Plaintiffs") and Defendants Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC ("Aisin"); DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Automotive Deutschland GmbH, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville Of North Carolina, Inc., and ASMO Manufacturing, Inc. ("DENSO"); Furukawa Electric Co., Ltd., American Furukawa, Inc. ("Furukawa"); G.S. Electech, Inc., G.S. Wiring Systems Inc., and G.S.W. Manufacturing, Inc. ("G.S. Electech"); LEONI Wiring Systems, Inc., and Leonische Holding Inc. ("LEONI"); Mitsubishi Electric Corporation, Mitsubishi Electric Automotive America, Inc., and Mitsubishi Electric U.S. Holdings, Inc. ("Mitsubishi Electric"); NSK Americas, Inc., NSK Ltd., NSK Steering Systems Co., Ltd., and NSK Steering Systems America, Inc. ("NSK"); Omron Automotive Electronics Co., Ltd. ("Omron"); Schaeffler Group USA Inc. ("Schaeffler"); Sumitomo Riko Co. Ltd. and DTR Industries, Inc. ("Sumitomo Riko"); Tokai Rika Co., Ltd. and Tram Inc. D/B/A Tokai Rika U.S.A. Inc. ("Tokai Rika"); Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo Inc., and Valeo Japan Co., Ltd. ("Valeo") (collectively, "Defendants"), by and through their undersigned counsel, stipulate as follows:

WHEREAS Plaintiffs filed their Complaint on March 21, 2017;

WHEREAS Plaintiffs and Defendants agreed upon a consolidated schedule for filing pleadings and motions in response to the Complaint and subsequent briefing;

WHEREAS the Court accepted the agreed upon schedule and entered an order on October 25, 2017 providing that Defendants would answer or move to dismiss the Complaint within 90 days of the later of either (a) the entry of an order regarding the Motion to Dismiss

3

filed on April 14, 2017 in Case No. 16-cv-13189 in the United States District Court for the Eastern District of Michigan, or (b) the filing of an Amended Complaint in this case, or, if an order regarding the Motion to Dismiss in Case No. 16-cv-13189 was not issued by March 20, 2018, Defendants would answer or move to dismiss the Complaint by June 18, 2018;

WHEREAS an order regarding the Motion to Dismiss in Case No. 16-cv-13189 was not issued by March 20, 2018;

WHEREAS Plaintiffs and Defendants agreed upon an extension to the consolidated schedule for filing pleadings and motions in response to the Complaint and subsequent briefing;

WHEREAS the Court accepted the agreed upon extension to the schedule and entered an order on June 13, 2018 providing that Defendants would answer or move to dismiss the Complaint by August 17, 2018;

WHEREAS Plaintiffs and Defendants agreed upon a further extension to the consolidated schedule and submitted a stipulation and proposed order detailing the same (which has not yet been entered by the Court) stipulating that Defendants would answer or move to dismiss the Complaint by the earlier of either (a) 60 days after the entry of an order regarding the Motion to Dismiss filed on April 14, 2017, in Case No. 16-cv-13189 in the United States District Court for the Eastern District of Michigan, or (b) Friday, February 1, 2019; and

WHEREAS an order regarding the Motion to Dismiss in Case No. 16-cv-13189 was issued by the Court on August 30, 2018 in which the Court granted in part the motion to dismiss and directed Plaintiffs "to commence a separate suit for each of the alleged part-specific conspiracies."  Opinion and Order Regarding Defendants' Collective Motion to Dismiss Second Amended Complaint, No. 2:16-cv-13189-MOB-MKM, ECF No. 74 (Aug. 30, 2018), at 11;

NOW THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the schedule governing the timing for filing responsive pleadings or motions to dismiss the Complaint and any subsequent briefing shall be amended as follows:

1.     Defendants need not answer or move to dismiss the current Complaint filed on March 21, 2017 in the above-captioned case.

2.     The Parties shall meet and confer about a schedule for Defendants to respond to Plaintiffs' part-specific complaints after those complaints have been filed.

3.     Entry into this stipulation by Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or (c) any other statutory or common law defenses that may be available to Defendants in this or any other related actions.  Defendants expressly reserve their right to raise any such defenses (or any other defense) in response to the current complaint or any part-specific complaint.

**IT IS SO STIPULATED.**

DATED: October 29, 2018                    */s/ Kelly A. Myers* (w/consent)
                                           Kelly A. Myers (P49143)
                                           Rebecca J. Cassell (P64456)
                                           MYERS & MYERS PLLC
                                           915 N. Michigan Avenue
                                           Howell, MI 48843
                                           (517) 540-1700
                                           kmyers@myers2law.com

                                           */s/ Dan Goldfine* (w/consent)
                                           Dan Goldfine (Adm ED MI, AZ Bar 018788)
                                           LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                           201 East Washington Street
                                           Suite 1200
                                           Phoenix, AZ  85004
                                           602-262-5392

dgoldfine@lrrc.com

Frederick J. Baumann (Adm ED MI, CO Bar
12156)
Diane R. Hazel (Adm ED MI, CO Bar 42954)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 17th Street
Suite 3000
Denver, CO 80202

*Attorneys for Plaintiffs*

DATED: October 29, 2018

/s/ *Jeremy J. Calsyn* (w/consent)
Jeremy J. Calsyn
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
jcalsyn@cgsh.com

/s/ *Howard B. Iwrey* (w/consent)
Howard B. Iwrey (P39635)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
hiwrey@dykema.com

*Attorneys for Aisin Seiki Co., LTD.; Aisin
Automotive Casting, LLC*

DATED: October 29, 2018

/s/ *Steven F. Cherry* (w/consent)
Steven F. Cherry
David P. Donovan
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Steven.Cherry@wilmerhale.com
David.Donovan@wilmerhale.com
Patrick.Carome@wilmerhale.com

*Attorneys for DENSO Corporation; DENSO
International America, Inc.; DENSO International
Korea Corporation; DENSO Automotive
Deutschland GmbH; ASMO Co., Ltd; ASMO North
America, LLC; ASMO Greenville of North
Carolina, Inc.; AMSO Manufacturing, Inc.*

6

DATED: October 29, 2018

*/s/ John H. Chung* (w/consent)
John H. Chung
Jack E. Pace III
David H. Suggs
Kristen O'Shaughnessy
Demetra V. Frawley
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-8113
jchung@whitecase.com
jpace@whitecase.com
dsuggs@whitecase.com
kristen.o'shaughnessy@whitecase.com
demetra.frawley@whitecase.com

*Attorneys for Furukawa Electric Co., Ltd.;*
*American Furukawa, Inc.*

DATED: October 29, 2018

*/s/ Donald M. Barnes* (w/consent)
Donald M. Barnes,
Molly S. Crabtree
Ryan L. Graham
PORTER WRIGHT MORRIS & ARTHUR, LLP
2020 K. Street, NW, Suite 600
Washington, DC 20006
dbarnes@porterwright.com
mcrabtree@porterwright.com
rgraham@porterwright.com

*Attorneys for G.S. Electech, Inc.; G.S. Wiring*
*Systems, Inc.; G.S.W. Manufacturing, Inc.*

DATED: October 29, 2018

*/s/ Michael F. Tubach* (w/consent)
Michael F. Tubach
Megan Havstad
O'MELVENY & MEYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
mtubach@omm.com
mhavstad@omm.com

*Attorneys for LEONI Wiring Systems, Inc.;*
*Leonische Holding, Inc.*

DATED: October 29, 2018

*/s/ Terrence J. Truax* (w/consent)
Terrence J. Truax
Charles B. Sklarsky

Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
ttraux@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

*Attorneys for Mitsubishi Electric Corporation;*
*Mitsubishi Electric Automotive America, Inc.;*
*Mitsubishi Electric U.S. Holdings, Inc.*

DATED: October 29, 2018

*/s/ Jeremy J. Calsyn* (w/consent)
Jeremy J. Calsyn
Matthew I. Bachrack
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
jcalsyn@cgsh.com
mbachrack@cgsh.com

William R. Jansen
Warner Norcross + Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075
wjansen@wnj.com

*Attorneys for Omron Automotive Electronics Co.*
*Ltd.*

DATED: October 29, 2018

*/s/ Mark A. Ford* (w/consent)
Mark A. Ford
Bradley M. Baglien
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Mark.Ford@wilmerhale.com
Bradley.Baglien@wilmerhale.com

*Attorneys for Schaeffler Group USA Inc.*

DATED: October 29, 2018                    */s/ J. Clayton Everett, Jr.* (w/consent)
                                           J. Clayton Everett, Jr.
                                           Zarema A. Jaramillo
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           1111 Pennsylvania Avenue, NW
                                           Washington, DC 20004
                                           Clay.everett@morganlewis.com
                                           Zarema.jaramillo@morganlewis.com

                                           *Attorneys for Sumitomo Riko Co. Ltd.; DTR
                                           Industries, Inc.*

DATED: October 29, 2018                    */s/ Sheldon H. Klein* (w/consent)
                                           Sheldon H. Klein (P41062)
                                           David F. DuMouchel (P25658)
                                           BUTZEL LONG
                                           150 West Jefferson, Suite 100
                                           Detroit, MI 48226
                                           Tel: (313) 225-7000
                                           Fax: (313) 225-7080
                                           klein@butzel.com
                                           dumouchd@butzel.com

                                           W. Todd Miller
                                           BAKER & MILLER PLLC
                                           2401 Pennsylvania Avenue, NW, Suite 300
                                           Washington, DC 20037
                                           Tel.: (202) 663-7820
                                           Fax: (202) 663-7849
                                           tmiller@bakerandmiller.com

                                           *Attorneys for Defendants TRAM, Inc. and Tokai
                                           Rika Co., Ltd.*

DATED: October 29, 2018                    */s/ Brian Byrne* (w/consent)
                                           Brian Byrne
                                           Laura Conley
                                           CLEARY GOTTLIEB STEEN & HAMILTON
                                           LLP
                                           2000 Pennsylvania Avenue, NW
                                           Washington, DC 20006
                                           bbyrne@cgsh.com
                                           lconley@cgsh.com

                                           *Attorneys for Valeo Climate Control Corp.; Valeo
                                           Electrical Systems, Inc.; Valeo, Inc.; Valeo Japan
                                           Co., Ltd.*

9

**IT IS SO ORDERED**.


Date:  November 7, 2018                    s/Marianne O. Battani
                                           MARIANNE O. BATTANI
                                           United States District Judge